UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Civil Action No. 08-cv-02256-WYD

LETICIA BALDWIN for J.N. (a minor),

    Plaintiff,

v.

MICHAEL J. ASTRUE, Commissioner of Social Security,

    Defendant.

_____

**ORDER**
_____

THIS MATTER is before the Court on the Stipulated Motion for Award of Attorney Fees Pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412 ["EAJA"] (filed June 11, 2009). The motion asserts that the parties have conferred and agree that Plaintiff should be awarded attorney fees in this case pursuant to the EAJA in the amount of $4,100.00, subject to approval of the Court.

Having reviewed the motion, I find that an award of fees to Plaintiff under the EAJA is proper, that the amount of fees requested is reasonable, and that the Stipulated Motion should be granted. Accordingly, it is

ORDERED that the Stipulated Motion for Award of Attorney Fees Pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412 (filed June 11, 2010) is **GRANTED**. In accordance therewith, it is

ORDERED that attorney fees in the amount of $4,100 are awarded to Plaintiff, which award shall be made payable to Plaintiff and mailed to Plaintiff's counsel.

Dated June 14, 2010

                        BY THE COURT:

                        s/ Wiley Y. Daniel
                        Wiley Y. Daniel
                        Chief United States District Judge